# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV08-00612-DOC(RNBx)                                   Date: October 8, 2008

Title: CHRISTIE PARK, KEVIN CLAYTON PARK, AMANDA PARK, ESTATE OF KEVIN PARK and ESTATE OF JONI PARK v. CITY OF LAGUNA BEACH, LAGUNA BEACH POLICE DEPARTMENT, SGT. GEORGE RAMOS AND SGT. JASON FARRIS, COUNTY OF ORANGE

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

　Kristee Hopkins　                                  　Not Present　
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                       NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE REMAND TO STATE COURT

　　　On June 2, 2008 this action was removed to this Court pursuant to 28 U.S.C. § 1441(b) and 1446(b). However, removal appears to be improper for the reason(s) opposite the boxes checked:

  [ x ]   Removal is on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331 on grounds of preemption but it does not appear that any of the claims are subject to complete preemption.

  [ x ]   Removal is on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331 on grounds of the artful pleading doctrine but the claims appear to be properly pled.

　　　Accordingly, the Court orders Defendant(s) to show cause in writing **on or before October 22, 2008** why this action should not be remanded. Plaintiff(s) may submit a response in the same time period.

　　　The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                       Initials of Deputy Clerk _kh_
CIVIL - GEN                                                        Page 1 of 1