JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIE PARK, ET. AL., ) | CASE NO. SACV08-0612 DOC(RNBx) |
| ) | |
| Plaintiff(s), ) | |
| ) | **ORDER FOR DISMISSAL OF** |
| v. ) | **ENTIRE ACTION** |
| ) | |
| CITY OF LAGUNA BEACH, ET. AL., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

1 **IT IS ORDERED:**

3 That Plaintiffs, Christie Park, Kevin Clayton Park, A. P., a Minor by and Through her Guardian Ad Litem June Slack, Estate of Kevin Park and Estate of Joni Park, dismiss all claims against Defendants City of Laguna Beach, Laguna Beach Police Department, Sgt. George Ramos and Sgt. Jason Farris with prejudice.

8 DATED: February 23, 2009

_____
DAVID O. CARTER
United States District Judge